UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

NIBEA A. VARGAS,

    Plaintiff,

v.                                       Case No.  8:11-cv-1822-T-30AEP

BOYETTE CREEK HOMEOWNERS
ASSOCIATION, INC., et al.,

    Defendants.
_____/

## ORDER OF DISMISSAL

THIS CAUSE comes before the Court *sua sponte*.  On April 18, 2012, the Complaint was dismissed without prejudice (Dkt. 24).  Plaintiff failed to file an Amended Complaint by the May 14, 2012 deadline.  It is therefore

**ORDERED AND ADJUDGED** as follows:

1.    This cause is dismissed without prejudice.

2.    All pending motions are denied as moot.

3.    The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on May 16, 2012.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Even\2011\11-cv-1822.dismissal.wpd