**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

NIBEA A. VARGAS,

    Plaintiff(s),

v.                                            Case No:  8:11-CV-1822-T-30AEP

BOYETTE CREEK HOMEOWNERS
ASSOCIATION, INC., et al.,

    Defendant(s).
_____/

## **ORDER**

**THIS CAUSE** came on for consideration upon the Report and Recommendation submitted by Magistrate Judge Anthony E. Porcelli (Dkt. #30). The Court notes that neither party filed written objections to the Report and Recommendation and the time for filing such objections has elapsed.

After careful consideration of the Report and Recommendation of the Magistrate Judge in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1. The Report and Recommendation (Dkt. #30) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. Plaintiff's Motion for Leave to Appeal *In Forma Pauperis* (Dkt. #29) is DENIED.

3. The Court certifies that Plaintiff's appeal is not taken in good faith.

4. The Clerk shall notify the Eleventh Circuit that the motion to proceed *in forma pauperis* is denied and that the appeal is not taken in good faith in accordance with Federal Rule of Appellate Procedure 24(a)(4).

**DONE** and **ORDERED** in Tampa, Florida on July 17, 2012.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies Furnished to**:
Counsel/Parties of Record

S:\Even\2011\11-cv-1822.adopt 30.wpd