# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

October 26, 2012

Sheryl L. Loesch
United States District Court
801 N FLORIDA AVE RM 200
TAMPA, FL 33602-3849

Appeal Number: 12-13016-D
Case Style: Nibea Vargas v. Boyette Creek Homeowners Assoc, et al
District Court Docket No: 8:11-cv-01822-JSM-AEP

The enclosed copy of the Clerk's Entry of Dismissal for failure to prosecute in the above referenced appeal is issued as the mandate of this court. See 11th Cir. R. 41-4.

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Deborah H. Hall, D
Phone #: (404) 335-6189

Enclosure(s)

DIS-2 Letter and Entry of Dismissal

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 12-13016-D

_____

NIBEA A. VARGAS,

                      Plaintiff - Appellant,

versus

BOYETTE CREEK HOMEOWNERS ASSOCIATION, INC.,
a Florida not-for-profit corporation,
ROBERT L. TANKEL, P.A.,
a professional association,
ROBERT L. TANKEL,
Esq., individually,
MCNEIL MANANAGEMENT SERVICES, INC.,

                      Defendants - Appellees.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

ENTRY OF DISMISSAL: Pursuant to the 11th Cir.R.42-1(b), this appeal is DISMISSED for want of prosecution because the appellant Nibea A. Vargas has failed to pay the filing and docketing fees to the district court within the time fixed by the rules, effective October 26, 2012.

JOHN LEY
Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

by: Deborah H. Hall, D, Deputy Clerk

FOR THE COURT - BY DIRECTION